

**ORIGINAL**

FILED AUG 25 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA 95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513

5  Trustee for Debtors

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | ) Chapter 13 |
| DAVID BUI | ) Case No. 10-61252 SLJ |
| KATHRUNA LA | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | ) |

The final dividend to Debtors, DAVID BUI & KATHRUNA LA in the above entitled matter was returned marked: RETURN TO SENDER - NO SUCH NUMBER - UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Debtors, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $1,500.00 as an unclaimed dividend.

DAVID BUI
KATHRUNA LA
***MAIL RET'D 04/13/11***
3351 FLINTMORE DR
SAN JOSE, CA 95148

Dated: August 22, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

USPS POSTAGE $01.22⁰ MAR 22 2011
MAILED FROM ZIP CODE 95032
02 1M 0004264685

RECEIVED
MAR 25 2011
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

04/13/11

DAVID BUI
KATHRUNA LA
3351 FLINTMORE DR
SAN JOSE, CA 95148

NIXIE    951    DE 1    00 03/24/11
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 95150001313    *1056-00315-24-27

9515000013

NSN

Case: 10-61252    Doc# 35    Filed: 08/25/11    Entered: 08/31/11 12:54:19    Page 2 of 2